NORWEST BANK MINNESOTA, NA, as Trustee for the Registered Holders of DJL COMMERCIAL MORTGAGE CORP., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 1999-CG-2, Plaintiff, v E.M.V. REALTY CORP. et al., Respondents, and RJR MECHANICAL, INC., Appellant, et al., Defendants.

Submitted August 13, 2012; decided October 25, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL THOMPSON, Appellant.

Submitted August 13, 2012; decided October 25, 2012

Motion to waive strict compliance with certain requirements concerning appellant's appendix herein granted to the extent that the appeal may be perfected upon 10 copies of the appendix.

ROCKY POINT DRIVE-IN, L.P., Appellant, v TOWN OF BROOKHAVEN et al., Respondents.

Submitted August 20, 2012; decided October 25, 2012

Motion by Long Island Builders Institute, Inc. for leave to appear amicus curiae on the motion for leave to appeal herein granted only to the extent that the proposed affirmation is accepted as filed, and for leave to appear amicus curiae on the appeal herein granted only to the extent that three copies of a brief may be served and 19 copies filed within 30 days.